UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL G.                                                     PLAINTIFF

v.                                                       NO. 3:22-CV-278-CRS

KILOLO KIJAKAZI
Acting Commissioner of Social Security[1]                         DEFENDANT

## ORDER

This Court has reviewed the Report and Recommendation of the United States Magistrate Judge and conducted a de novo review of those portions of the report to which plaintiff Michael G. objects, and for the reasons set forth in the Memorandum Opinion entered herein this date, the objections (DN 18) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (DN 17) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference herein.

**IT IS SO ORDERED.**

August 21, 2023

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.